IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEON DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-04683 |
| NICHOLAS LAMB, et al., | ) ) Judge Mary M. Rowland |
| Defendants. | ) ) ) |

**JOINT MOTION TO REMOVE CASE FROM TRIAL CALENDAR**

The Parties report that they have reached a settlement in principle that will resolve this case. The Parties are currently documenting the agreement. Due to the difficulty in communicating with an incarcerated client, that process may take a week or two before the Parties have a signed agreement.

As a consequence, Plaintiff Deon Davis and Defendants Nicholas Lamb, Sherwin Miles, Terrell Pork, and William Brown, by and through their respective counsel, hereby move the Court to take the trial of this matter, currently set to begin on January 22, 2024, off calendar. The Parties wish to avoid unnecessary expense and likewise wish to avoid requiring unnecessary efforts of the Court.

WHEREFORE, the Parties jointly move the Court for entry of an order:

(i) vacating the trial dates now set in this matter;

(ii) staying the Order (Dkt. 144) requiring Defendants Brown and Miles to be produced for deposition;

1

(iii) vacating the orders entered and writs issued on or about November 28, 2023 (Dkt. 112), and December 27, 2023 (Dkts. 133, 135, 137, 139), and advising the Warden of Stateville Correctional Center that Messrs. Davis, Brown, Thomas, Williams, and King need not be produced in Court for trial the week of January 22, 2024; and

(iv) setting a status conference in this matter in 30 days, or as soon thereafter as is convenient for the Court, which status conference the Parties will request the Court to vacate should they complete the settlement before that date.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Watkiss* | */s/ Michael T. Brody* |
| Huda Khan | Michael T. Brody |
| Paul Watkiss | Daniel W. Bobier |
| Assistant Attorneys General | mbrody@jenner.com |
| General Law Bureau | dbobier@jenner.com |
| 100 W. Randolph St., 13th Fl. | Jenner & Block LLP |
| Chicago, Illinois 60601 | 353 N. Clark Street |
| Tel: 312-446-1286 | Chicago, IL 60654 |
| | Tel: 312-923-2711 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

Dated: January 16, 2024

## **CERTIFICATE OF SERVICE**

    I, Daniel W. Bobier, an attorney, certify that on January 16, 2024, I caused the foregoing **Joint Motion to Remove Case from Trial Calendar** to be served on all counsel of record listed via the Court's ECF system.

                                             /s/ *Daniel W. Bobier*